No. 701. THOMASVILLE *v.* AMERICAN SURETY Co. March 11, 1935. Petition for writ of certiorari to the

Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Omer W. Franklin* for petitioner. *Mr. E. K. Wilcox* for respondent.